Stephanie J. Goldstein
Shahzeb Lari
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000

*Attorneys for Plaintiff*
*HG Estate, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HG ESTATE, LLC,

                 Plaintiff,

       - against -

CORPORACIÓN DURANGO, S.A. de C.V.,

                 Defendant.

------------------------------------------------------------x

**07 CV 10450**

Case No. _____

**DISCLOSURE STATEMENT
PURSUANT TO
FED. R. CIV. P. 7.1**

         Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff HG Estate, LLC ("HG Estate") certifies that HG Estate is wholly owned by The Howard Gilman Foundation, Inc., a privately owned charitable foundation, and that no publicly owned corporation owns stock in HG Estate.

Dated: New York, New York
        November 19, 2007

                         FRIED, FRANK, HARRIS, SHRIVER
                         & JACOBSON LLP

                         By: _____
                             Stephanie J. Goldstein
                             Shahzeb Lari

RECEIVED
NOV 1 9 2007
U.S.D.C. S.D. N.Y.
CASHIERS

One New York Plaza
New York, New York 10004-1980
(212) 859-8000

*Attorneys for Plaintiff*
 *HG Estate, LLC*

558912