⊗AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

HG Estate, LLC, Plaintiff

V.

Corporacion Durango, S.A. de C.V., Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CV 10450

TO: (Name and address of Defendant)

Corporacion Durango
c/o White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Attn: Emilio J. Alvarez-Farre, Esq.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephanie J. Goldstein, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 19 2007

CLERK  *[signature: Marcos Quintero]*   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                           Date                  *Signature of Server*

                                                              _____
                                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE BY FACSIMILE

STATE OF NEW YORK            )
                             ss.:
COUNTY OF NEW YORK           )

The undersigned, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age, and reside in the County of New York.

On November 19, 2007, I served upon the following a true copy of the attached Summons and Complaint, Rule 7.1 Disclosure Statement, Electronic Case Filing Rules and Procedures, and Judge's Individual Rules:

> Corporación Durango, S.A. de C.V.
> C/o White & Case LLP
> 200 South Biscayne Boulevard
> Suite 4900
> Attention: Emilio J. Alvarez-Farre, Esq.
> Tel: 305-371-2700
> Fax: 305-358-5744

by transmitting same by facsimile to the above telephone number or numbers designated for that purpose by the contractual agreement of the parties (i.e., an agreed upon Notice Provision contained in the settlement agreement at issue in this litigation) and receiving a signal from the above counsel's receiving equipment indicating that each such transmission was received.

_____
Janice Ivy Goldberg

Sworn to before me this 20th day of November, 2007

_____
Notary Public

559736