*HAIGHT, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-07
```

HG ESTATE, LLC, )
 )
      Plaintiff, )
 )
v. ) No. 1:07-CV-10450 (CSH)
 )
CORPORACIÓN DURANGO, S.A. DE C.V., ) **STIPULATION EXTENDING**
 ) **TIME TO ANSWER, MOVE OR**
 ) **OTHERWISE RESPOND**
      Defendant.) )

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for defendant Corporación Durango, S.A. de C.V. to answer, move or otherwise respond to the complaint shall be extended to, and including, January 9, 2008. A response to the complaint was originally due on December 10, 2007. This is the first request for an extension of time.

Dated: December 7, 2007
       New York, New York

FRIED, FRANK, HARRIS, SHRIVER,
& JACOBSON LLP

By: _____
    Stephanie J. Goldstein
    Shahzeb Lari

One New York Plaza
New York, NY 10004-1980
(212) 859-8000

*Attorneys for Plaintiff*
*HG, Estate, LLC*

WHITE & CASE LLP

By: _____
    Daren M. Orzechowski

1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200

*Attorneys for Defendant*
*Corporación Durango, S.A. de C.V.*

IT IS SO ORDERED:

_____

Hon. Charles S. Haight, U.S.D.J.

Dated: December 11, 2007

560603