HAIGHT, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-08-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

HG ESTATE, LLC,

                     Plaintiff,

        - against -

CORPORACIÓN DURANGO, S.A. de C.V.,

                     Defendant.

-----------------------------------------------------------x

1:07-CV-10450 (CSH)

**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for defendant Corporación Durango, S.A. de C.V. to answer, move or otherwise respond to the complaint in the above-captioned action is hereby extended 30 days, from January 9, 2008 to February 8, 2008. There has been one previous adjournment of this deadline, granted from the original date of December 10, 2007. The current adjournment is due to the parties having reached a settlement in principle, which is currently in the process of being finalized.

Dated:    New York, New York
            January 7, 2008

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____
Stephanie J. Goldstein
Shahzeb Lari

One New York Plaza
New York, New York 10004-1980
(212) 859-8000

Attorneys for Plaintiff

WHITE & CASE LLP

By: _____
Daren M. Orzechowski

1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

Attorneys for Defendant

1

| HG Estate, LLC | Corporación Durango, S.A. de C.V. |
|---|---|

IT IS SO ORDERED:

_[signature]_

Hon. Charles S. Haight, U.S.D.J.

Dated: January 8, 2008

561637