UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
HG ESTATES, L.L.C.,                                   :
:
        Plaintiff(s),                           :       07 Civ. 10450 (CSH)
:
        -against-                              :       **INITIAL SCHEDULING**
:       **ORDER**
CORPORACION DURANGO, S.A.                             :
:
        Defendant(s)                            :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1-23-08

Haight, Senior District Judge:

    The parties are directed to confer with each other as directed by Rule 26(f) of the Federal Rules of Civil Procedure, and in further compliance with that Rule to submit to the Court a written report outlining the proposed discovery plan or any disputes arising in connection therewith on or before February 29, 2008.

    Following the submission of the parties' Rule 26(f) report, the Court will enter a scheduling order pursuant to Rule 16(b).

    This case has been designated an electronic case and has been assigned to me for all purposes. Counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing. Courtesy copies of all documents shall be submitted to Chambers.

    SO ORDERED.

Dated:    New York, New York
           January 23, 2008

                                            CHARLES S. HAIGHT, JR.
                                            SENIOR UNITED STATES DISTRICT JUDGE