*Haight, J*

Stephanie Goldstein
Shahzeb Lari
FRIED, FRANK, HARRIS,
 SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York  10004-1980
(212) 859-8000
Stephanie.Goldstein@friedfrank.com
Shahzeb.Lari@friedfrank.com

Attorneys for Plaintiff
 HG Estate, LLC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

HG ESTATE, LLC,

                            Plaintiff,        Case No. 07-CV-10450 (CSH)

         - against-        **NOTICE OF DISMISSAL**

CORPORACION DURANGO, S.A. de C.V.,

                            Defendant.
------------------------------------------------------------x

       PLEASE TAKE NOTICE that plaintiff hereby dismisses the above captioned action in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02-19-08

Dated:   New York, New York
         February 14, 2008

                                    FRIED, FRANK, HARRIS,
                                      SHRIVER & JACOBSON LLP

                                    By: _____
                                        Stephanie Goldstein
                                        Shahzeb Lari

                                    One New York Plaza
                                    New York, New York 10004-1980
                                    (212) 859-8000
                                    Stephanie.Goldstein@friedfrank.com
                                    Shahzeb.Lari@friedfrank.com

                                    Attorneys for Plaintiff
                                    HG Estate, LLC

IT IS SO ORDERED:

_____              Dated: 02/19/08
Hon. Charles S. Haight, U.S.D.J.

560292

-2-